1 | LATHAM & WATKINS LLP
    Timothy P. Crudo (Bar No. 143835)
2 |     timothy.crudo@lw.com
    Mariam Missaghi (Bar No. 274337)
3 |     mariam.missaghi@lw.com
  505 Montgomery Street, Suite 2000
4 | San Francisco, California  94111-6538
  Telephone:  +1.415.391.0600
5 | Facsimile:  +1.415.395.8095

6 | Attorneys for Defendant
  Malgorzata Zuk
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 3:12-cr-00855 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| MALGORZATA ZUK, | |
| Defendants. | |

WHEREAS, the parties in this matter appeared before The Honorable Laurel E. Beeler on January 15, 2013, at 9:30 a.m., and the Court ordered that Ms. Zuk be released subject to certain Conditions of Release and Appearance;

WHEREAS, pursuant to that order Ms. Zuk may leave home for the purpose of meeting with counsel, the government, court appearances, or with prior approval from Pretrial Services;

WHEREAS, the parties have agreed that the above-specified condition of release may be modified to void that condition and instead impose the condition that Ms. Zuk comply with a curfew of 10:00 p.m. – 6:00 a.m., with all other conditions to remain in effect and unchanged.

WHEREAS, Ms. Zuk's appointed Pretrial Services officer, Anthony Granados, does not object to this modification to the conditions of release.

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCIISCO

1  THEREFORE, it is hereby stipulated by and between the parties, through their respective
2  counsel of record, that the aforementioned modification to Ms. Zuk's Conditions of Release and
3  Appearance be adopted by the Court.
4  IT IS SO STIPULATED.

6  DATED: January 23, 2013          Respectfully submitted,

7                                   /s/ Timothy P. Crudo
8                                   TIMOTHY P. CRUDO
                                    LATHAM & WATKINS LLP
9                                   Attorneys for Defendant Malgorzata Zuk

10
11  DATED: January 23, 2013         /s/ Hartley M.K. West
                                    HARTLEY M. K. WEST
12                                  UNITED STATES ATTORNEYS OFFICE
                                    Assistant United States Attorney

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17  DATED: January 25, 2013
18                                   THE HONORABLE LAUREL E. BEELER
                                     UNITED STATES MAGISTRATE JUDGE

SF\3043767.2    2
STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CR-00855WHA
LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCIISCO