LATHAM & WATKINS LLP
   Timothy P. Crudo (Bar No. 143835)
     timothy.crudo@lw.com
   Mariam Missaghi (Bar No. 274337)
     mariam.missaghi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Attorneys for Defendant
Malgorzata Zuk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MALGORZATA ZUK,<br><br>              Defendants. | CASE NO. 3:12-cr-00855 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
|---|---|

      WHEREAS, the parties in this matter appeared before The Honorable Laurel E. Beeler on January 15, 2013, at 9:30 a.m., and the Court ordered that Ms. Zuk be released subject to certain Conditions of Release and Appearance;

      WHEREAS, pursuant to that order Ms. Zuk may leave home for the purpose of meeting with counsel, the government, court appearances, or with prior approval from Pretrial Services;

      WHEREAS, the Court subsequently modified the conditions of Ms. Zuk's release to void that condition and instead impose the condition that Ms. Zuk comply with a curfew of 10:00 p.m. – 6:00 a.m., with all other conditions to remain in effect and unchanged;

      WHEREAS, the parties have agreed that the terms of release may be further modified so as to permit Ms. Zuk's appointed Pretrial Services officer, Anthony Granados, to authorize Mr. Zuk, upon advance request by Ms. Zuk, to extend Ms. Zuk's curfew on specified days so as to

1  permit Ms. Zuk to attend specified employment opportunities, with all other conditions to remain
2  in effect and unchanged, and;
3       WHEREAS, Mr. Granados does not object to this modification to the conditions of
4  release.
5       THEREFORE, it is hereby stipulated by and between the parties, through their respective
6  counsel of record, that the aforementioned modification to Ms. Zuk's Conditions of Release and
7  Appearance be adopted by the Court.
8       IT IS SO STIPULATED.
9
10 DATED: January 30, 2013           Respectfully submitted,
11                                   /s/ Timothy P. Crudo
                                     TIMOTHY P. CRUDO
12                                   LATHAM & WATKINS LLP
                                     Attorneys for Defendant Malgorzata Zuk
13
14
15 DATED: January 30, 2013           /s/ Hartley M.K. West
                                     HARTLEY M. K. WEST
16                                   UNITED STATES ATTORNEYS OFFICE
                                     Assistant United States Attorney
17
18
19       PURSUANT TO STIPULATION, IT IS SO ORDERED.
20
21 DATED: February 1, 2013           _____
22                                   THE HONORABLE LAUREL E. BEELER
                                     UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

SF\3043767.3                          2