LATHAM & WATKINS LLP
   Timothy P. Crudo (Bar No. 143835)
     timothy.crudo@lw.com
   Mariam Missaghi (Bar No. 274337)
     mariam.missaghi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
Malgorzata Zuk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MALGORZATA ZUK,<br><br>        Defendants. | CASE NO. 3:12-cr-00855 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

      WHEREAS, the parties in this matter appeared before The Honorable Laurel E. Beeler on January 15, 2013, at 9:30 a.m., and the Court ordered that Ms. Zuk be released subject to certain Conditions of Release and Appearance;

      WHEREAS, pursuant to that order Ms. Zuk may leave home for the purpose of meeting with counsel, the government, court appearances, or with prior approval from Pretrial Services;

      WHEREAS, the Court subsequently modified the conditions of Ms. Zuk's release to void that condition and instead impose the condition that Ms. Zuk comply with a curfew of 10:00 p.m. – 6:00 a.m., with all other conditions to remain in effect and unchanged;

      WHEREAS, the Court subsequently modified the conditions of Ms. Zuk's release so as to permit Ms. Zuk's appointed Pretrial Services officer, Anthony Granados, to authorize Mr. Zuk, upon advance request by Ms. Zuk, to extend Ms. Zuk's curfew on specified days so as to

SF\5038505.1                          1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCIISCO

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CR-00855WHA

1 permit Ms. Zuk to attend specified employment opportunities, with all other conditions to remain
2 in effect and unchanged;

3     WHEREAS, the parties have agreed that the terms of release may be further modified to
4 void the condition that Ms. Zuk be subject to electronic or voice track monitoring, with all other
5 conditions to remain in effect and unchanged, and;

6     WHEREAS, Mr. Granados does not object to this modification to the conditions of
7 release.

8     THEREFORE, it is hereby stipulated by and between the parties, through their respective
9 counsel of record, that the aforementioned modification to Ms. Zuk's Conditions of Release and
10 Appearance be adopted by the Court.

11     IT IS SO STIPULATED.

13 DATED: April 5, 2013    Respectfully submitted,

14     /s/ Timothy P. Crudo
15     TIMOTHY P. CRUDO
    LATHAM & WATKINS LLP
16     Attorneys for Defendant Malgorzata Zuk

17
18 DATED: April 5, 2013    /s/ Hartley M.K. West
    HARTLEY M. K. WEST
19     UNITED STATES ATTORNEYS OFFICE
    Assistant United States Attorney

22     PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 DATED: April __5__, 2013

25     THE HONORABLE LAUREL E. BEELER
    UNITED STATES MAGISTRATE JUDGE

SF\5038505.1    2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CR-00855WHA